IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERTO ESTRADA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 304-152 |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the **STAY** in this case is **LIFTED**, the petition is **DENIED**, and this civil action shall be **CLOSED**.

SO ORDERED this 24 day of October, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT